1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.678.3400
   Facsimile: 314.678.3401
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **Case No. : 06-7742 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION        **MDL NO. 1699**
                                        **District Judge: Charles R. Breyer**
14
    Marilyn McCandless, et al.,
15
                          Plaintiffs
16                                      **STIPULATION AND ORDER OF**
    vs.                                 **DISMISSAL WITH PREJUDICE**
17

18  Pfizer Inc, et al.,

19                        Defendants.

20

21      Come now the Plaintiff Marilyn McCandless in the above-entitled action and Defendants.

22  by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23  41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff

24  named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

                                   -1

DATED: 1/15, 2010    By: _____

The Lowe Law Firm
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE