1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.678.3400
   Facsimile:  314.678.3401
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND | Case No. : 06-7742 CRB |
| 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| 14 | |
| 15  Marilyn McCandless, et al., | |
| 16                        Plaintiffs | **STIPULATION AND ORDER OF** |
| 17  vs. | **DISMISSAL WITH PREJUDICE** |
| 18  Pfizer Inc, et al., | |
| 19                        Defendants. | |

20

21     Come now the Plaintiff, Annabelle Painter in the above-entitled action and Defendants,

22  by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23  41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff

24  /

25  /

26  /

27  /

28  /

-1-

named herein only with each side bearing its own attorneys' fees and costs.

DATED: 2/4, 2010      By: [signature]

**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

DATED: 02/09, 2010      By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 [illegible] 2010

[signature]
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**